THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
   v. SAMUEL REITER and LOUIS REITER, Appellants.

*Crimes — larceny in first degree — judgment of conviction affirmed.*

*People* v. *Reiter*, 221 App. Div. 751, affirmed.
(Argued October 28, 1927; decided November 22, 1927.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 10, 1927, which affirmed a judgment of the court at a Trial Term for the county of Kings, rendered upon a verdict convicting the defendants of the crime of grand larceny in the first degree.

*George Gordon Battle* for appellants.
*Charles J. Dodd, District Attorney* (*James I. Cuff* and *Henry J. Walsh* of counsel), for respondent.

Judgment affirmed; no opinion.
Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.